UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORFIRIO CONDE CHEESMAN, | CASE NO. C20-1604JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SWISSPORT USA, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Marsha J. Pechman as related to

//

//

//

//

//

MINUTE ORDER - 1

1 | *Cheesman v. Swissport USA Inc., et al.*, No. C20-1276MJP.  All future pleadings shall
2 | bear the cause number C20-1604MJP.
3 |     Filed and entered this 19th day of November, 2020.

                                 WILLIAM M. MCCOOL
                                 Clerk of Court

                                 s/ Ashleigh Drecktrah
                                 Deputy Clerk

MINUTE ORDER - 2